# EXHIBIT A

US00D461955S

(12) **United States Design Patent** (10) Patent No.: **US D461,955 S**
Romaen et al. (45) **Date of Patent:** ＊＊ **Aug. 27, 2002**

(54) **KEYLESS PISTOL BOX**

(75) Inventors: **Andrew Romaen**, Chicago; **Edwin Dizon Manalang**, Burbank, both of IL (US)

(73) Assignee: **Homak Manufacturing Co., Inc.,** Bedford Park, IL (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/135,414**

(22) Filed: **Jan. 11, 2001**

(51) **LOC (7) Cl.** .................................................. **03-01**
(52) **U.S. Cl.** ......................................... **D3/262**; D99/28
(58) **Field of Search** ........................ D3/272, 273, 294, D3/262; D99/28; 109/45, 46, 50, 51, 64

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D310,304 | S | * | 9/1990 | Carmichael | D99/28 |
| D319,329 | S | * | 8/1991 | Ogasawara et al. | D99/28 |
| D328,399 | S | * | 8/1992 | McGrory et al. | D99/28 |
| D335,378 | S | * | 5/1993 | Mariol | D99/28 |
| D350,002 | S | * | 8/1994 | Voila | D99/28 |
| D368,224 | S | * | 3/1996 | Ferrer | D99/28 |
| D375,608 | S | * | 11/1996 | Berry | D99/28 |

| | | | | | |
|---|---|---|---|---|---|
| D399,632 | S | * | 10/1998 | Davis et al. | D99/28 |
| D410,130 | S | * | 5/1999 | Kerr et al. | D99/28 |
| D426,059 | S | * | 6/2000 | Siler et al. | D99/28 |

* cited by examiner

*Primary Examiner*—Philip S. Hyder
(74) *Attorney, Agent, or Firm*—Fitch, Even, Tabin & Flannery

(57) **CLAIM**

We claim the ornamental design for a keyless pistol box, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a keyless pistol box showing our new design;
FIG. **2** is a perspective view of the keyless pistol box with a door open to access the interior of the box;
FIG. **3** is a top plan view of the keyless pistol box of FIG. **1**;
FIG. **4** is a side elevational view of the keyless pistol box of FIG. **1**;
FIG. **5** is a bottom plan view of the keyless pistol box of FIG. **1**; and,
FIG. **6** is a front elevational view of the keyless pistol box of FIG. **1**.

**1 Claim, 4 Drawing Sheets**





*Fig. 1*

Case: 1:11-cv-00843 Document #: 1-1 Filed: 02/07/11 Page 4 of 6 PageID #:12

_Fig. 2_



# *Fig. 3*



# *Fig. 4*



Case: 1:11-cv-00843 Document #: 1-1 Filed: 02/07/11 Page 6 of 6 PageID #:14

## *Fig. 5*



## *Fig. 6*

